MN-305

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA



In RE:

PAULSON, DOUGLAS S.,           Case No. 08-60078
PAULSON, KIM A.                 Chapter 7

Debtor(s).

## UNCLAIMED DIVIDENDS/DISTRIBUTION LESS THAN $5.00 FOR DEPOSIT TO REGISTRY FUND

Please Check One:

☐    Unclaimed Dividends

☐    Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| ALLTEL CORP.<br>1 ALLIED DRIVE<br>LITTLE ROCK, AR 72202-9918 | 8 | $543.33 | $79.43 |

Date:    October 27, 2010

                                       /e/ DAVID G. VELDE
                                       DAVID G. VELDE, Trustee